# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-21-0444**
Brahnsen Tray Burton v. State of Alabama (Appeal from Jefferson Circuit Court: CC18-1530)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk